**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6834**

JOHN W. FISHBACK,

    Plaintiff - Appellant,

  v.

BOBBY P. SHEARIN, Warden; RICHARD J. GRAHAM, JR., Asst.
Warden; GARY D. MAYNARD, Secretary of Public Safety and
Correctional Services; UNKNOWN EMPLOYEES, FORMER EMPLOYEES,
CONTRACTORS AND FORMER CONTRACTORS OF THE NORTH BRANCH
CORRECTIONAL INSTITUTION AND ROXBURY CORRECTIONAL
INSTITUTION,

    Defendants – Appellees,

  and

JOHN A. ROWLEY,

    Defendant.

**No. 12-7137**

JOHN W. FISHBACK,

    Plaintiff - Appellant,

  v.

BOBBY P. SHEARIN, Warden; RICHARD J. GRAHAM, JR., Asst.
Warden; GARY D. MAYNARD, Secretary of Public Safety and
Correctional Services; UNKNOWN EMPLOYEES, FORMER EMPLOYEES,
CONTRACTORS AND FORMER CONTRACTORS OF THE NORTH BRANCH

CORRECTIONAL INSTITUTION AND ROXBURY CORRECTIONAL INSTITUTION,

Defendants – Appellees,

and

JOHN A. ROWLEY,

Defendant.

———————————

Appeals from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:11-cv-00612-JFM)

———————————

Submitted: October 25, 2012          Decided: November 8, 2012

———————————

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John W. Fishback, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. Fishback appeals the district court's orders denying his motions and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fishback v. Shearin, No. 1:11-cv-00612-JFM (D. Md. June 15, 2012; Apr. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED